UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| TAMARA DAWN ABBOTT, ) | CASE NO. 08-13320 |
| SCOTT W. ABBOTT, ) | Chapter 7 |
| DEBTOR(S). ) | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Merchants Retail Credit Association, Inc. or Medical & Dental Business Bureau of Allen County, Inc. | P.O. Box 11285<br>333 E. Washington Blvd.<br>Fort Wayne, IN 46857 | $3.68 |
| St. Joseph Hospital | P.O. Box 11229<br>Fort Wayne, IN 46856-1229 | $2.05 |
| Summit Radiology | Snow & Sauerteig, LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $4.46 |
| Summit Radiology | Snow & Sauerteig, LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $1.42 |

- 2 -

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Allied Hospital | Snow & Sauerteig, LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $3.76 |
| | Total | $15.37 |

**WHEREFORE**, Trustee is depositing the total sum of $15.37 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: March 15, 2010**

          **Respectfully submitted,**

          **CHAPTER 7 TRUSTEE**
          **444 EAST MAIN STREET**
          **FORT WAYNE, INDIANA 46802**
          **TELEPHONE: (260) 426-0444**
          **FAX: (260) 422-0274**
          **EMAIL: mseifert@hallercolvin.com**

          **BY: /s/ Martin E. Seifert**
              **MARTIN E. SEIFERT**
              **I.D. #16857-02**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 15th day of March, 2010, to:

Nathan McElroy, Esq.
202 West Berry Street
Suite 610
Fort Wayne, IN 46802

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

Merchants Retail Credit Association, Inc.
  or Medical & Dental Business Bureau
  of Allen County, Inc.
P.O. Box 11285
333 E. Washington Blvd.
Fort Wayne, IN 46857

St. Joseph Hospital
P.O. Box 11229
Fort Wayne, IN 46856-1229

Summit Radiology
c/o Snow & Sauerteig, LLP
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

Allied Hospital
c/o Snow & Sauerteig, LLP
203 E. Berry St.
Suite 1310
Fort Wayne, IN 46802

    /s/ Martin E. Seifert
**MARTIN E. SEIFERT**

R:\BMSW\quikdocs\08-13320\Notice of Small Dividends-1-bb.wpd